**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Case No.: **B-14-876-2** |
| | § | |
| **John Frederick Foerster** | § | |

**ORDER OF DETENTION PENDING TRIAL**

In accordance with the Bail Reform Act of 18 U.S.C. § 3142(f), a detention hearing was held on **March 24, 2015.** Defendant, his counsel and counsel for the Government were present.

The Court finds that, short of detention, there is no condition or combination of conditions that would reasonably assure the Defendant's appearance at further court proceedings.

In support of the above conclusion, this Court finds, by clear and convincing evidence, that the defendant is a high risk of flight and danger to the community based on the circumstances of the offense and defendant's consistent criminal history.

Because of the foregoing, it is ORDERED that the Defendant be detained without bond pending trial.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Done at Brownsville, Texas this **24**[th] day of **March**, 2015.

_____
Ronald G. Morgan
United States Magistrate Judge