UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | § Criminal No.: B-14-876-02 |
| **JOHN FREDERICK FOERSTER** | § |

### NO OBJECTIONS OF THE UNITED STATES TO PRESENTENCE REPORT

COMES NOW the United States Attorney for the Southern District of Texas by and through its Assistant United States Attorney and files, pursuant to Federal Sentencing Guidelines Section 6A1.3, no objections to the Presentence Report.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*s/ William F. Hagen*
WILLIAM F. HAGEN
Assistant United States Attorney
Fed. Bar No. 28261
TX Bar No. 08688600
600 E. Harrison St, #201
Brownsville, TX 78520
Tel: (956) 548-2554; Fax: (956) 548-2711

### CERTIFICATE OF SERVICE

I hereby certify that on this the 14TH day of May, 2015, the No Objections of the United States to Presentence Report was electronically filed. A copy will be electronically sent to Ed Stapleton, Attorney at Law, 2401 Wild Flower Dr., Suite C, Brownsville, TX 78526. The original was hand delivered to the U.S. Probation Office, Brownsville, Texas.

*s/ William F. Hagen*
WILLIAM F. HAGEN
Assistant United States Attorney