IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. B-14-876 |
| | § | |
| JOHN FREDERICK FOERSTER | § | |

## RESPONSE TO COURT ORDER OF MAY 20, 2015
## REGARDING THE SUPREME COURT'S OPINION

TO THE HONORABLE JUDGE ANDREW S. HANEN:

Comes now Ed Stapleton, Attorney for John Frederick Foerster and would show he has reviewed the Supreme Court Decision of *Henderson v. United States*, 575 U.S. ____ (2015) and discussed the matter with Mr. Foerster to determine whether it has any impact on the case pending against Mr. Foerster. We believe it does not; Mr. Foerster was not the owner of any forfeited weapons.

Respectfully Submitted,

/s/ *Ed Stapleton*

Ed Stapleton
Attorney in Charge
Texas State Bar Number: 19058400
So. District No. 1501
2401 Wildflower Dr. Ste. C
Brownsville, Texas 78526
Telephone: (956) 504-0882
Fax: (956) 504-0814

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant's Response was delivered by electronic mail upon filing.

/s/ *Ed Stapleton*

Ed Stapleton