PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
February 16, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF TEXAS

Report on Offender Under Supervision – No Court Action Required

Name of Offender:   John Frederick Foerster        Case Number:   1:14CR00876-002

Name of Sentencing Judge:   The Honorable Andrew S. Hanen

Date of Original Sentence:   January 27, 2016

Original Offense:   Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence:   30 months custody of the U.S. Bureau of Prisons followed by a three (3) year term of supervised release

Type of Supervision:   **Supervised Release**        Supervision Started:   December 29, 2016

---

### EARLIER COURT ACTION

None.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

**Violation Number**   **Nature of Noncompliance**

      **1**         **Mandatory Condition: Possession and use of cocaine**

On or about January 26, 2017, in Cameron County, Texas, John Frederick Foerster possessed and used cocaine, a controlled substance not prescribed by a physician, as evidenced by a urine specimen submitted by him to Sr. U.S. Probation Officer Adrian Acuna on that date. Such specimen tested positive for cocaine, through laboratory analysis. The possession alleged above is a violation of 21 U.S.C. § 844.

Foerster, John Frederick
Dkt. No.  1:14CR00876-002
Page 2

**U.S. Probation Officer Action:**

On February 1, 2017, the offender admitted using cocaine prior to submitting the urine specimen.  He cited association with negative peer influence as the reason for his use.  The offender has requested to be allowed to attempt rehabilitative efforts via the outpatient drug program.  As a correctional strategy, the offender's participation in the program will be closely monitored to insure compliance with the rules and regulations of the outpatient program.  As a controlling strategy, the offender has been admonished as to the statutory exposure for revocation proceedings in the instant offense.  It is respectfully recommended that the Court allow the offender to attend the outpatient drug treatment program.  He has been admonished that further noncompliance could result in revocation proceedings, including incarceration.  It is understood the Court reserves the right to address these violations at a later date.

Approved:                                                              Respectfully submitted,

                                                                       By:

_____                      _____
Mariano Marroquin, Supervising                 Adrian R. Acuna
United States Probation Officer                Sr. United States Probation Officer
Date: February 15, 2017                        Pacts No: 849471

**RE:   JOHN FREDERICK FOERSTER**
       Dkt.No.: 1:14CR00876-002
       **Page 3**

---

[×]   Court Concurs with Recommended Action

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other:



_____
Andrew S. Hanen
United States District Judge


February 16, 2017
_____
                           Date