PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
October 30, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

Name of Offender:    John Frederick Foerster          Case Number:       1:14CR00876-002

Name of Sentencing Judge:    The Honorable Andrew S. Hanen

Date of Original Sentence:    January 27, 2016

Original Offense:    Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence:    30 months custody of the U.S. Bureau of Prisons followed by a three (3) year term of supervised release

Type of Supervision:    **Supervised Release**          Supervision Started:    December 29, 2016

---

### EARLIER COURT ACTION

On February 15, 2017, a violation report was submitted to the Court which alleged violation of the mandatory condition of supervision which prohibits use of controlled substances not prescribed by a physician. On January 26, 2017, the offender submitted a urine specimen which tested positive for cocaine. On February 16, 2017, the Court concurred with the recommendation of the probation officer to take no action and allow the offender to attempt rehabilitative efforts via the outpatient drug treatment program. The Court reserved the right to address this violation at a later date.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

**Violation Number    Nature of Noncompliance**

**1          Mandatory Condition: Possession and use of cocaine**

On or about January 26, 2017, and September 13, 2017, in Cameron County, Texas, John Frederick Foerster possessed and used cocaine, a controlled substance not prescribed by a physician, as evidenced by urine specimens submitted by him to Sr. U.S. Probation Officer Adrian Acuna and the treatment provider on those dates. Such specimens tested positive for

Foerster, John Frederick
Dkt. No. 1:14CR00876-002
Page 2

cocaine, through laboratory analysis. The possession alleged above is a violation of 21 U.S.C.
§ 844.

**U.S. Probation Officer Action:**

On September 13, 2017, the offender submitted his second positive urine specimen which
indicates use of cocaine. On September 21, 2017, this officer confronted the offender about
his drug use. Offender admitted using cocaine prior to the urine specimen. The offender
continues to struggle with mental health issues and negative peer associates. He has
participated in the outpatient treatment program at an acceptable level. The offender has
requested to be allowed to continue to attempt rehabilitative efforts via the outpatient drug
program. As a correctional strategy, the offender's participation in the program will be closely
monitored to insure compliance with the rules and regulations of the outpatient program. As a
controlling strategy, the offender has been admonished as to the statutory exposure for
revocation proceedings in the instant offense. It is respectfully recommended that the Court
allow the offender to continue to attend the outpatient drug treatment program. He has been
admonished that further noncompliance could result in revocation proceedings, including
incarceration. It is understood the Court reserves the right to address these violations at a
later date.


Approved:                                              Respectfully submitted,



_____         By: _____
Mariano Marroquin, Supervising                  Adrian R. Acuna
United States Probation Officer                  Sr. United States Probation Officer
Date: October 16, 2017                           Pacts No: 849471

RE:    **JOHN FREDERICK FOERSTER**
       **Dkt.No.: 1:14CR00876-002**
       **Page 3**

[✓]    Court Concurs with Recommended Action

[  ]    Submit a Request for Modifying the Conditions or Term of Supervision

[  ]    Submit a Request for Warrant or Summons

[  ]    Other:

Andrew S. Hanen
United States District Judge

10/29/17
Date